**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-1782**

ODELIS DEL CARMEN PINEDA-DE PORTILLO,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  January 28, 2022                    Decided:  February 9, 2022

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Petition dismissed by unpublished per curiam opinion.

**ON BRIEF:** John J. Garzon, THE LAW OFFICE OF JOHN J. GARZON, Sunnyside, New York, for Petitioner.  Brian M. Boynton, Acting Assistant Attorney General, Anthony C. Payne, Assistant Director, Jessica D. Strokus, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Odelis Del Carmen Pineda-De Portillo, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) denying her motion for reconsideration. In her opening brief, Pineda-De Portillo does not address the Board's reasons for denying reconsideration. We therefore conclude that Pineda-De Portillo has abandoned any such claim on review. *See Suarez-Valenzuela v. Holder*, 714 F.3d 241, 248-49 (4th Cir. 2013) (except in rare cases, failure to raise issue in opening brief constitutes abandonment of issue). Accordingly, because the Board's order denying reconsideration is unchallenged, we dismiss the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*